DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TAMMY DESNOYERS,**
Appellant,

v.

**KAYLA HOINVILLE,**
Appellee.

No. 4D19-550

[January 16, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael G. Kaplan, Judge; L.T. Case No. DVCE-18-006536 (59).

David M. Scott of Florida Family Law Clinic, LLC, Fort Lauderdale, for appellant.

No appearance filed for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., MAY and GERBER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***